**Motion Denied and Order filed April 30, 2013**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00348-CV

———————————

### SUSAN MEEK, M.D., Appellant

### V.

### ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellees

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-156522**

## ORDER

Appellant's brief was due **February 27, 2013.** No brief or motion for extension of time was filed. On March 15, 2013, appellee filed a motion to dismiss for want of prosecution. On March 26, 2013, appellant responded claiming she does not have a duty to file a brief until the record on appeal is complete.

On January 28, 2013, a supplemental clerk's record and reporter's record were filed containing the trial court's findings and conclusions regarding the lost exhibits to the reporter's record in this case. The trial court determined the lost exhibits could be replaced with copies that accurately duplicate with reasonable certainty the original exhibits and a record was filed of those exhibits (Volume 3 of the hearing record filed January 28th). See Tex. R. App. P. 34.6(f). Accordingly, the appeal was reinstated and appellant's brief was set due.

Accordingly, unless appellant submits her brief to the clerk of this court on or before **May 24, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellee's motion to dismiss is denied, without prejudice to refiling.

PER CURIAM